UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE BARRINGER,

    Plaintiff,                                               Civil Action No. 18-CV-11174

vs.                                                      HON. BERNARD A. FRIEDMAN

KRISTIN WHITWORTH,
BRENDA CARLSON, and
JANETTE PARKER,

    Defendants.

_____/

## ORDER OF DISMISSAL

On February 22, 2019, the Court granted plaintiff's counsel's motion to withdraw and ordered plaintiff to "retain new counsel within thirty (30) days of the date of this order or proceed without counsel." More than thirty days have elapsed, and plaintiff has neither obtained new counsel nor provided the Court with contact information where plaintiff may be reached. Accordingly, the complaint is dismissed pursuant to Fed. R. Civ. P. 41(b) for plaintiff's failure to follow the Court's February 22 order and for lack of prosecution.

    SO ORDERED.


Dated: July 18, 2019           s/Bernard A. Friedman
     Detroit, Michigan        BERNARD A. FRIEDMAN
                                    SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 18, 2019.

| | |
|---|---|
| Brenda Carlson<br>9173 E CD Ave.<br>Richland, MI 49083 | s/Johnetta M. Curry-Williams<br>Case Manager |
| Janette Parket<br>939 George St.<br>Jackson, MI 49202 | |