UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE BARRINGER,

 Plaintiff,           Civil Action No. 18-CV-11174

vs.              HON. BERNARD A. FRIEDMAN

KRISTIN WHITWORTH,
BRENDA CARLSON, and
JANETTE PARKER,

 Defendants.
_____/

## JUDGMENT

The Court has issued an order in this matter dismissing the complaint pursuant to Fed. R. Civ. P. 41(b).  Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.

DAVID J. WEAVER
CLERK OF COURT

By: Johnetta M. Curry-Williams
  Deputy Clerk

Approved: s/Bernard A. Friedman
   BERNARD A. FRIEDMAN
   SENIOR U.S. DISTRICT JUDGE

Dated: July 18, 2019