UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE BARRINGER,

    Plaintiff,                                                    Civil Action No. 18-CV-11174

vs.                                                        HON. BERNARD A. FRIEDMAN

KRISTIN WHITWORTH,
BRENDA CARLSON, and
JANETTE PARKER,

    Defendants.
_____/

## ORDER REQUIRING DEFENDANT JANETTE PARKER TO SHOW CAUSE WHY THE COURT SHOULD NOT HOLD HER IN CONTEMPT

On July 18, 2019, the Court entered a judgment in this matter that stated:

## JUDGMENT

The Court has issued an order in this matter dismissing the complaint pursuant to Fed.R. Civ. P. 41(b). Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.

                                      DAVID J. WEAVER
                                      CLERK OF COURT

                                      By: Johnetta M. Curry-Williams
                                           Deputy Clerk

Approved: s/Bernard A. Friedman
                BERNARD A. FRIEDMAN
                SENIOR U.S. DISTRICT JUDGE

Dated: July 18, 2019

On January 11, 2021, plaintiff sent the Court's case manager an email with an attachment showing a photograph of a document that plaintiff claims "Janette Parker has forged

and created for herself." This document, which bears nearly the same CM/ECF burn-in information at the top of the page as the actual judgment states:

## JUDGEMENT

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Furthermore it is granted that all interests in the dog known as GCHB CH KENWORTH STRIKE A POSE AKC # TS22939604 and the puppies named in this civil action are awarded to defendant Janette Parker. Monetary damages to be decided at a later hearing after plaintiff can be located and served.

DAVID J. WEAVER
CLERK OF COURT

Approved: s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE

Dated July 18, 2019

Plaintiff also has submitted a photograph of an undated text message from an unknown source, stating "I am a law enforcement officer. I was presented with a court order by Janet Parker, and I had to abide by it. I do not have a choice in the matter. The dog has been returned to Janet. She is the rightful owner. If Jessie wants to speak to anyone, he should start with her."

It would appear that Parker has created a document that purports to be a judgment of this Court, under the Court's signature, and used it to persuade a law enforcement officer to gain possession of the dog mentioned in this fraudulent "judgement." If this is true, Parker may have violated 18 U.S.C. § 505, which, among other things, prohibits the forgery of "the signature of any judge, register, or other officer of any court of the United States." Creating and

using a fraudulent judgment such as this, if it occurred, would also constitute an affront to the authority and dignity of the Court and is therefore punishable, by fine or imprisonment, as a matter of criminal contempt pursuant to Fed. R. Crim. P. 42.  Accordingly,

IT IS ORDERED that defendant Janette Parker appear before the Court on **Wednesday, February 10, 2021 at 1:30 p.m.** and show cause why the Court should not hold her in criminal contempt for forging a fraudulent judgment bearing this case's caption and the undersigned's electronic signature.  Defendant is advised to appear with counsel, as the Court may fine or imprison her if she is convicted of criminal contempt, and the show-cause hearing is a critical stage in this proceeding.  If defendant cannot afford counsel, the Court shall appoint counsel for her at the show-cause hearing.

IT IS FURTHER ORDERED that plaintiff also attend the show-cause hearing and be prepared to testify as to when and how he became aware of the "judgement" allegedly created by Parker.

IT IS FURTHER ORDERED that the Clerk of Court schedule the above-referenced show-cause hearing within thirty days of the date of this order.  The hearing will be conducted by video-conference (Zoom), the call-in information for which the Clerk of Court shall mail to plaintiff and Parker and the United States Attorney (or one of his assistants) for the Eastern District of Michigan.

IT IS FURTHER ORDERED that the Clerk of Court send a copy of this order to the United States Attorney for the Eastern District of Michigan or to the Assistant United States Attorney for this district in charge of the general crimes unit. As the Court may request that Parker be prosecuted, an Assistant United States Attorney may also attend the show-cause hearing.

IT IS FURTHER ORDERED that the Clerk of Court serve the Federal Community Defender with a copy of this order. As the Court may request that Parker be prosecuted, and she may be unable to afford to retain counsel, an attorney from the Defender's office must be available to be appointed and attend the hearing.

                                          s/Bernard A. Friedman
                                          Bernard A. Friedman
Dated: January 19, 2021          Senior United States District Judge
       Detroit, Michigan

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 19, 2021.

| | |
|---|---|
| Janette Parker<br>939 George St.<br>Jackson, MI 49202 | s/Johnetta M. Curry-Williams<br>Case Manager |
| Jessie Barringer<br>5135 Wightham Ct,<br>Houston, TX 77069 | |

4