UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE BARRINGER,

        Plaintiff,                                      Civil Action No. 18-CV-11174
                                                               Judge:  Bernard A. Friedman

v.

JANETTE PARKER,

        Defendant.

_____/

**APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as Counsel in the case for Defendant JANETTE PARKER.

    I certify that I am admitted to practice in the Court.

                                    Respectfully Submitted,

                                    FEDERAL COMMUNITY DEFENDER

                                    s/David C. Tholen
                                    Attorney for Defendant
                                    613 Abbott Street, 5th Floor
                                    Detroit, Michigan   48226
                                    david_tholen@fd.org
                                    (313) 967-5542

Date: January 26, 2021