UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE BARRINGER,

Plaintiff,

vs.  Civil Action No. 18-CV-11174
HON. BERNARD A. FRIEDMAN,
*presiding*
**Electronically Filed**

KRISTIN WHITWORTH,
BRENDA CARLSON, and
JANETTE PARKER,

Defendants.

* * * * *

## MOTION FOR INJUNCTION AND/OR PROTECTIVE ORDER TO RETURN PROPERTY

Comes the Plaintiff, Jessie Barringer, by counsel, and respectfully moves that this Court enter an Injunction and/or the tendered Protective Order directing Defendant Janette Parker to return the personal property which has been the subject of this action, to wit, the dog known as GCHB CH KENWORTH STRIKE A POSE AKC #TS22939604, informally known as Vogue, named in this civil action. In support of the foregoing, Plaintiff tenders the attached Memorandum.

Respectfully submitted,

/s/ Timothy Denison
**TIMOTHY DENISON**
**235 South Fifth Street**
**The Third Floor**
**Louisville, Kentucky 40202-3226**
**(502) 589-6916; (FAX) 568-6919**
**timothydenison@aol.com**
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notice of electronic filing to the registered counsel.

/s/Timothy Denison
TIMOTHY DENISON

2