5:53 

Today
3:39 PM

 **awards** 3
To: jessie_barringer@yahoo.com >

# TS22939604



**AMERICAN KENNEL CLUB**

NAME
GCHS CH KEENORTH STRIKE A POSE HHL

NUMBER
TS22939604

BREED
CHINESE CRESTED

SEX
FEMALE

COLOR
SLATE

DATE OF BIRTH
JULY 27, 2014

SIRE
GCHB CH MOA'S HAVE A COKE AND A SMILE
TS07886004 (12/14)

DAM
CH DARETOBEBARE KODAK MOMENT
TS02485902 (07/13)

BREEDER
MANDELINE STERLING

OWNER
JESSIE BARRINGER

REGISTRATION CERTIFICATE

Christine Weisse

Senior Subject Matter Expert – Sport Services