Case 2:18-cv-11174-BAF-SDD   ECF No. 84   Filed 07/18/19   PageID.1074   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE BARRINGER

    Plaintiff,

                                                  Civil Action No. 18-CV-1117A

VS.                                              HON. BERNARD A. FRIEDMAN

KRISTIN WHITWORTH
BRENDA CARLSON, and
JANETTE PARKER,

    Defendants,

_____/

## JUDGEMENT

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Furthermore it is granted that all interests in the dog known as GCHB CH KENWORTH STRIKE A POSE AKC # TS22939604 and the puppies named in this civil action are awarded to defendant Janette Parker. Monetary damages to be decided at a later hearing after plaintiff can be located and served.

                                                                              DAVID J. WEAVER
                                                                              CLERK OF COURT

                  Approved: s/Bernard A. Friedman
                            BERNARD A. FRIEDMAN
                            SENIOR U.S. DISTRICT JUDGE

Dated July 18, 2019