UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE BARRINGER,

Plaintiff,

vs.   Civil Action No. 18-CV-11174
HON. BERNARD A. FRIEDMAN,
  *presiding*
**Electronically Filed**

KRISTIN WHITWORTH,
BRENDA CARLSON, and
JANETTE PARKER,

Defendants.

\* \* \* \* \*

## **ORDER**

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendant Janette Parker is hereby ENJOINED from holding herself out as the owner of the dog known as GCHB CH KENWORTH STRIKE A POSE AKC #TS22939604, informally known as Vogue.

2. Defendant Janette Parker shall immediately deliver the dog known as GCHB CH KENWORTH STRIKE A POSE AKC #TS22939604,

1

informally known as Vogue, to Plaintiff, Jessie Barringer, or his attorney, Timothy Denison, at a time and location to be specified by the Court.

3. Neither Defendant Parker, nor any of her officers, agents, servants, employees, and attorneys shall spay, neuter, or otherwise physically alter or cause Vogue to be spayed, neutered, and/or otherwise physically altered, nor shall they insert or cause to be inserted any identification chip or seek any change in American Kennel Club status or other registration.

4. The Court hereby finds that Jesse Barringer is the rightful owner of the dog known as GCHB CH KENWORTH STRIKE A POSE AKC #TS22939604, informally known as Vogue.

_____
JUDGE, U.S. DISTRICT COURT

DATE:_____