UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE BARRINGER,

    Plaintiff,                              Civil Action No. 18-CV-11174

vs.                                          HON. BERNARD A. FRIEDMAN

KRISTIN WHITWORTH, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR INJUNCTION

On May 19, 2021, this matter came before the Court on plaintiff's renewed motion for injunction (docket entry 91). A hearing was held and oral argument heard. For the reason stated on the record,

IT IS ORDERED that plaintiff's renewed motion for injunction is denied.

                                         s/Bernard A. Friedman
                                         BERNARD A. FRIEDMAN
Dated: May 21, 2021             SENIOR UNITED STATES DISTRICT JUDGE
       Detroit, Michigan